UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE UNITED STATES OF AMERICA for the use and benefit of RTH MECHANICAL CONTRACTORS, INC., <br>  Plaintiff, <br><br>v. <br><br>METHUEN CONSTRUCTION CO., INC., and LIBERTY MUTUAL INSURANCE COMPANY, <br>  Defendants. | Case No. |

## COMPLAINT AND JURY DEMAND

NOW COMES the United States of America, for the use and benefit of RTH Mechanical Contractors, Inc., ("RTH"), and files its Complaint against the defendants, Methuen Construction Co., Inc., ("Methuen"), and Liberty Mutual Insurance Company ("Liberty Mutual"), respectfully showing the Court as follows:

**Preliminary Statement of the Case**

1. This is a breach of contract and payment bond action arising out of RTH's performance of sheet metal and mechanical insulation work at the Portsmouth Naval Yard, Kittery, Maine, pursuant to a subcontract with Methuen (the "Subcontract"). RTH is owed the principal amount of $844,033.60, plus interest, costs, penalties, and attorney fees. RTH asserts breach of contract claims against Methuen and payment bond claims against Methuen and Liberty Mutual.

## Parties

2. The plaintiff, RTH Mechanical Contractors, Inc., is a New Hampshire corporation with a principal place of business at 17 Production Drive, Dover, New Hampshire, and a registered agent for receipt of service c/o Benjamin E. Marcus at 84 Marginal Way, Suite 600, Portland, Maine, 04101.

3. The defendant, Methuen Construction Co., Inc., is a Massachusetts corporation with a principal place of business at 144 Main Street, Plaistow, New Hampshire 03865, and a registered agent for receipt of service c/o Corporate Creations Network, Inc. at 254 Commercial Street, No. 245, Merrill's Wharf, Portland, Maine 04101.

4. Liberty Mutual Insurance Company is a Massachusetts corporation with a principal place of business at 175 Berkeley Street, Boston, Massachusetts 02116, and a registered agent for receipt of service c/o Corporation Service Company, 84 State Street, Boston, Massachusetts 02109.

## Jurisdiction

5. The Court has jurisdiction over the plaintiff's payment bond claims pursuant to 40 U.S.C. §3133 and over the plaintiff's breach of contract and other claims pursuant to 28 U.S.C §1367.

## Facts Common to All Counts

6. On or about September 25, 2019, Methuen entered Contract No. N40085-19-C9261 with the U.S. Department of the Navy (the "Methuen Contract") to perform work as the general contractor ("GC") on the P293 Paint, Blast, and Rubber Facility Consolidation Project (the "Project"), at the Portsmouth Naval Yard, Kittery, Maine (the "Naval Yard").

7. The Methuen Contract is a construction contract in accordance with the Maine Prompt Payment Act, 10 M.R.S. §§ 1111 – 1120.

8. On September 26, 2019, Methuen, as principal, and Liberty Mutual, as surety, jointly issued Payment Bond No. 012209203 for $59,397,989.00 (the "Payment Bond" or "Bond") relative to the Contract and Project.

9. On February 12, 2020, RTH entered a subcontract with Methuen for $9,029,428.17[1] (the "RTH Subcontract") to furnish and install certain plumbing, mechanical, controls, and equipment on the Project (the "Work").

10. The RTH Subcontract is a construction contract in accordance with the Maine Prompt Payment Act, 10 M.R.S. §§ 1111 – 1120.

11. Pursuant to the RTH Subcontract, the plaintiff has a direct contractual relationship with Methuen, the contractor furnishing the Payment Bond.

12. RTH and/or its subcontractors subsequently performed and completed the Work in accordance with the RTH Subcontract and various Change Orders.

13. Between October 2024 and July 2025, RTH properly submitted payment requisitions to Methuen relative to completed Work on the Project. Methuen failed to reject such requisitions timely and properly, and such invoices are now deemed approved and due. However, Methuen failed to pay $844,033.60 in amounts due to RTH relative to such invoices in accordance with the terms of the RTH Subcontract, or in the alternative, within twenty (20) days of the end of the billing period or delivery of each of the subject invoices.

14. RTH and/or its subcontractors last performed work on the Project on or about October 2025.

---

[1] Pursuant to Change Orders approved by Methuen and executed jointly by Methuen and RTH between March 2, 2020, and December 21, 2024, the total revised RTH Subcontract value was at least $20,202,436.76.

15. Despite RTH performing and completing the Work on the Project and satisfying all conditions precedent to payment, Methuen failed to pay RTH at least $844,033.60, which remains due.

16. RTH is entitled to recover the principal amount owed of $844,033.60, plus interest, costs, penalties, and attorney fees from Methuen and Liberty Mutual pursuant to the Payment Bond.

## COUNT I—BREACH OF CONTRACT
### RTH Mechanical Contractors, Inc. v. Methuen Construction Co., Inc.

17. The plaintiff repeats and reavers the preceding paragraphs as if fully set forth herein.

18. The plaintiff entered the RTH Subcontract with Methuen to perform the Work on the Project.

19. The plaintiff performed and completed the Work in a timely manner and satisfied all conditions precedent to payment.

20. Methuen breached the RTH Subcontract by failing to pay RTH $844,033.60 for the Work completed on the Project.

21. The plaintiff is entitled to recover the principal amount owed of $844,033.60, plus interest, costs, penalties, and attorney fees.

WHEREFORE, the plaintiff demands judgment against the defendant, Methuen Construction Co., Inc., in the full amount of its damages together with interest, costs, attorneys' fees, and such further relief as this Court deems appropriate.

**COUNT II—MAINE PROMPT PAYMENT ACT, 10 M.R.S. §§ 1111 – 1120**
**RTH Mechanical Contractors, Inc.**
**v. Methuen Construction Co., Inc.**

22. The plaintiff repeats and reavers the preceding paragraphs as if fully set forth herein.

23. The plaintiff entered into the RTH Subcontract with Methuen to perform work on real property for Methuen, the general contractor on the Project, in connection with the Methuen Contract and for the U.S. Department of the Navy.

24. Methuen failed to pay the plaintiff strictly in accordance with the terms of the RTH Subcontract, or in the alternative, within twenty (20) days of the end of the billing period or delivery of the subject invoices, the payment requisition requests.

25. Methuen has failed to comply with the payment terms of 10 M.R.S. §§ 1111 – 1120 by failing timely to pay the plaintiff's invoices for the Work.

26. As a result of Methuen's failure to comply with the payment terms of 10 M.R.S. §§ 1111 - 1120, the plaintiff is entitled to recover the principal amount owed plus its attorney fees, interest on all past due amounts, and a penalty equal to one percent (1%) per month for all sums for which payment has been wrongfully withheld, in addition to all other damages.

WHEREFORE, the plaintiff demands judgment against the defendant, Methuen Construction Co., Inc., in the full amount of its damages together with interest, costs, attorneys' fees, and such further relief as this Court deems appropriate.

**COUNT III—PAYMENT BOND CLAIM 40 U.S.C. § 3133**
**RTH Mechanical Contractors, Inc.**
**v. Methuen Construction Co., Inc.,**
**and Liberty Mutual Insurance Company**

27. The plaintiff repeats and reavers the preceding paragraphs as if fully set forth herein.

28. Methuen, as principal, and Liberty Mutual, jointly and severally, issued the Payment Bond for the protection of subcontractors and material suppliers providing labor and materials for the Project.

29. The plaintiff provided the Work to the Project and was a subcontractor entitled to payment protection from the Payment Bond, and the plaintiff is owed $844,033.60 for labor supplied to the Project.

30. The plaintiff has satisfied all conditions precedent to bringing this suit on the Payment Bond, and this action is timely brought within one year of the date on which the plaintiff last supplied labor to the Project, which was on or about October 2025.

31. The plaintiff is entitled to recover from Methuen and Liberty Mutual, jointly and severally, the principal balance of $844,033.60, plus interest, litigation expenses, and attorney fees pursuant to the Payment Bond and 40 U.S.C. § 3133.

WHEREFORE, the plaintiff demands judgment against the defendants, Methuen Construction Co., Inc., and Liberty Mutual Insurance Company, in the full amount of its damages together with interest, costs, attorneys' fees, and such further relief as this Court deems appropriate.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

        Respectfully submitted,
        The plaintiff,
        RTH Mechanical Contractors, Inc.,
        By its attorneys,

        /s/ Matthew K. Libby
        _____
Matthew K. Libby, BBO No. 005050
Monaghan Leahy, LLP
401 Monument Square, Suite 101
Portland, Maine 04112
Tel. (207) 774-3906
mlibby@mleahy.com
*and*
Michael P. Sams, MA BBO No. 567812
*pro hac vice admission pending*
Jacqueline B. Doherty, MA BBO No. 692123
*pro hac vice admission pending*
Bowditch & Dewey, LLP
144 Turnpike Road, Suite 350
Southborough, MA 01772
Tel: 508-490-8500
msams@bowditch.com
jdoherty@bowditch.com